AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
Southern District of West Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| Michael Joseph LeRose | ) Case No. |
| | ) 2:20-mj-00070 |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 9, 2020__ in the county of __Kanawha__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(4) | Possession of a firearm by a person who has been involuntarily committed to a mental institution |

This criminal complaint is based on these facts:

On 6/9/20 ATF and FBI agents executed a search warrant at defendant's residence in Nitro, WV. They seized firearms including a Stag Arms, model Stag-15, 5.56 rifle that had traveled in interstate commerce. On 9/16/05, defendant had been involuntarily committed to a mental institution by order of Cabell County Circuit Judge David Pancake.

☐ Continued on the attached sheet.

*Complainant's signature*

David J. Bullard, Special Agent ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __06/09/2020__

*Judge's signature*

City and state: __Charleston, West Virginia__   Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*