UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

v.  Case Number: 2:20-mj-00070

**MICHAEL JOSEPH LEROSE**

**O R D E R**

On June 16, 2020, came the United States of America by L. Alexander Hamner, Assistant United States Attorney, and came the defendant in person and by counsel, John Carr, for the purpose of preliminary and detention hearings, as previously ordered by the Court. Also present was Justin Gibson, Senior United States Probation Officer.

The defendant waived his right to a preliminary hearing by executing a written waiver; whereupon the Court found probable cause to believe that the defendant committed the offense charged in the criminal complaint in violation of 18 U.S.C. § 922(g)(4). Accordingly, it is hereby **ORDERED** that the defendant shall appear for further proceedings.

The Court proceeded to the detention hearing pursuant to the Motion for Detention previously filed by the United States. Upon hearing proffers of counsel, considering the factors found in Title 18 U.S.C. § 3142(g), and for reasons more fully stated on the record which are incorporated herein, the Court finds that there are conditions of release which will reasonably assure the defendant's appearance as required and the safety of others and the community. Accordingly, it is hereby **ORDERED** that the defendant is released on a Ten Thousand Dollar unsecured Appearance Bond and Order Setting Conditions of Release as outlined under a separate order.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the Probation Department, and the United States Marshals Service.

**ENTER:**   June 20, 2020

Dwane L. Tinsley
United States Magistrate Judge