AO 187 (Rev. 7/87) | USDC/CRT-009 (Rev. 1/16) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

UNITED STATES OF AMERICA

v.

MICHAEL JOSEPH LEROSE

**EXHIBIT AND WITNESS LIST**

Case Number: 2:20-mj-00070

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Dwane L. Tinsley | L. Alexander Hamner | John Carr |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|  | Courtflow | Dawna R. Goodson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* OR NAME OF WITNESSES |
|---|---|---|---|---|---|
| X |  | 6/24/20 |  |  | Vincent James Knoll, ATF SA |
| X |  | 6/24/20 |  |  | Emily Nida |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of 1 Pages