UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

v.    CRIMINAL NO. 2:20-00097
      18 U.S.C. § 922(g)(3)
      18 U.S.C. § 924(a)(2)

**MICHAEL JOSEPH LEROSE**

### I N F O R M A T I O N
### Possession of a Firearm by an Unlawful User of Controlled Substances

The United States Attorney Charges:

1. On or about June 9, 2020, at or near Nitro, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant MICHAEL JOSEPH LEROSE did knowingly possess the following firearms in and affecting interstate commerce:

   a. A Stag Arms, model STAG-15, 5.56 mm caliber rifle, serial number 170681;

   b. A Mossberg, model 702 Plinkster, .22 caliber rifle, serial number EJ3534359;

   c. A Sig Sauer, model P320, 9mm caliber pistol, serial number 58J076550;

   d. A Sig Sauer, model P320, 9mm caliber pistol, serial number 58A138662;

e. An Anderson, model AM-15, multi caliber rifle, serial number 20076053; and

f. An Anderson, model AM-15, multi caliber rifle, serial number 20067582.

2. At the time defendant MICHAEL JOSEPH LEROSE possessed the aforesaid firearms, he knew he was an unlawful user of controlled substances as defined in Section 102 of the Controlled Substances Act (21 U.S.C. § 802) that is, marijuana and methamphetamine.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

UNITED STATES OF AMERICA

MICHAEL B. STUART
United States Attorney

By: _____
L. ALEXANDER HAMNER
Assistant United States Attorney