**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON**

**UNITED STATES OF AMERICA**

**v.**                                     CRIMINAL NO. 2:20-cr-00097

**MICHAEL JOSEPH LEROSE**

### NOTICE OF ABANDONMENT

Defendant, Michael Joseph LeRose, agrees to release, relinquish, waive or abandon to the United States or to the State of West Virginia any and all right, title, and interest he may have in the firearms and ammunition that were seized from him on June 9, 2020 as follows:

      a.   An Anderson, model AM-15, multi-caliber rifle receiver, serial number 20076053; and

      b.   An Anderson, model AM-15, multi-caliber rifle receiver, serial number 20067582.

Defendant acknowledged on July 27, 2020, during his plea hearing that pursuant to his plea agreement he would be abandoning any right, title or interest in the firearms that were seized on June 9, 2020. The written plea agreement omitted the two Anderson, model AM-15, multi-caliber rifle receivers. The defendant orally agreed that he would be abandoning the two Anderson, model AM-15, multi-caliber rifle receivers as well as the four firearms mentioned in the written plea agreement.

Defendant further agrees that the property referenced herein, will be destroyed or otherwise disposed of by federal, state or local law enforcement officers according to law.  Accordingly, there is no need for any further order of forfeiture regarding this asset as it relates to this defendant.

Dated this 3rd day of August, 2020.

PREPARED BY:

s/L. Alexander Hamner
L. Alexander Hamner
Assistant United States Attorney
IN State Bar No. 31996-41
300 Virginia Street, East
Room 4000
Charleston, WV  25301
Phone: 304-345-2200
Fax: 304-347-5104
E-mail: alex.hamner@usdoj.gov

SEEN AND APPROVED BY:

s/ John A. Carr
John A. Carr, Esq. (WVSB #10461)
John A. Carr Attorney at Law, PLLC
179 Summers Street, Ste 209
Charleston, WV 25301
304-344-4822
E-mail:  jcarr@jcarrlaw.com