## UNITED STATES PROBATION OFFICE

### SOUTHERN DISTRICT OF WEST VIRGINIA
### CHIEF JUDGE THOMAS E. JOHNSTON

TROY A. LANHAM
CHIEF U. S. PROBATION OFFICER

J. ALEXANDER ALVAREZ
DEPUTY CHIEF U. S. PROBATION OFFICER



Robert C. Byrd United States Courthouse
300 Virginia Street, East
Suite 1200
Charleston, WV  25301
PHONE: 304-347-3300
FAX: 304-347-3302

**TO:** John T. Copenhaver, Jr.
Senior United States District Judge

**FROM:** Jeffrey D. Bella
Senior United States Probation Officer

**DATE:** April 15, 2024

**SUBJECT:** MICHAEL JOSEPH LEROSE, DOCKET NUMBER: 2:20CR00097
MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

RECEIVED
APR 15 2024
John T. Copenhaver, Jr.
Senior United States District Judge

==================================================================

On November 13, 2020, Michael Joseph LeRose, was convicted of violating, 18 U.S.C. § 922(g)(3) and 924(a)(2), possession of a firearm by an unlawful user of controlled substances. He was sentenced to 30 months of incarceration, followed by 3 years of supervised release. He began his term of supervised release on March 17, 2022, and is scheduled to complete supervised release on March 16, 2025.

The Administrative Office of the United States Courts has established the following criteria for consideration of early termination: law-abiding behavior, full compliance with the conditions of supervision and a responsible, productive lifestyle. The defendant has met the terms and conditions of supervised release. A criminal record check was completed and revealed no new criminal conduct; therefore, Mr. LeRose has met the criteria suggested for early release.

Assistant United States Attorney Stephanie Taylor has authorized the United States Probation Office to report she does not object to the offender's early release from supervision.

The probation officer respectfully recommends early termination of the defendant's term of supervised release. Should the Court elect to grant the request, a proposed order is attached.